## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Jadea J. Conte,

    Plaintiff,

    v.

Matthew J. Carty, *et al.*,

    Defendants.

Case No. 2:18-cv-1090

Judge Michael H. Watson

Magistrate Judge Vascura

### <u>ORDER</u>

On October 15, 2018, Magistrate Judge Vascura, to whom this case was referred, issued a Report and Recommendation ("R&R"), ECF No. 6, recommending that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(B)(ii).

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. R&R 5, ECF No. 6. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 6, and **DISMISSES** this case. The Clerk shall remove ECF No. 6 from the Court's pending motions list and close this case.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**